No. 131. WHITAKER *v.* UNITED STATES; and
No. 132. McCANN *v.* SAME. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals

560

for the Second Circuit denied. *Mr. Silas B. Axtell* for Whitaker. *Mr. John Joseph McCann, pro se. Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.